UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11:00097 |
| | ) | JUDGE CAMPBELL |
| JESSE LEE BUNDY | ) | |

ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 8). The Court will hold a hearing on the Petition on September 17, 2012, at 1:00 p.m.

IT IS SO ORDERED.

*[signature]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE